No. 3514.—Toro, aplte., *v.* DEL LLANO ET AL., apdos.—C. D. Ponce. Abril 7, 1925. Nulidad de hipoteca. Sin resolverse si hubo una estipulación entre los abogados sobre la radicación del alegato del apelante, la corte no tiene duda alguna de que dicha apelante tuvo la idea de que existía tal estipulación y la corte en el ejercicio de su amplia discreción y habiendo estado realmente enfermo el abogado de la apelante, *declaró sin lugar* la reconsideración.

No. 3501.—DEL LLANO, apdo., *v.* TOSSAS, aplte. — C. D. Mayagüez. Abril 7, 1925. Resuelto por los fundamentos del caso No. 3514, *Toro* v. *del Llano et al.,* de abril 7, 1925, denegándose la reconsideración.

No. 2430.—EL PUEBLO, apdo., *v.* MUÑIZ, aplte. — C. D. Ponce. Abril 15, 1925. Apareciendo que la denuncia es bastante y la prueba suficiente porque la condición de dueño del depósito en que se vendía la leche adulterada resulta de la propia solicitud del acusado pidiendo permiso para establecer el depósito, sin que pueda eximirlo de responsabilidad la circunstancia de hallarse enfermo, estando al frente del depósito un empleado cuando la leche fué ocupada, ni aceptarse como buena la defensa de que el depósito en realidad pertenecía a otra persona; vistos los casos de *El Pueblo* v. *Luccioni,* 29 D.P.R. 49, y *El Pueblo* v. *Ruiz,* 30 D.P.R. 365, *se confirma la sentencia recurrida.*

No. 3492.—EL PUEBLO DE PUERTO RICO EX REL. MIGUEL C. GODREAU, demandante y apdo., *v.* COLÓN DÍAZ, demandado y aplte.—C. D. Ponce. Abril 15, 1925. *Quo warranto.* Desestimada la apelación a instancia del apelado por los fundamentos de la opinión en el caso de *El Pueblo ex rel. Juan de Mata Rubert,* querellante y apelado, v. *Bahamonde,* querellado y apelante, resuelto en esta fecha, (pág. 132) por no tener finalidad práctica el recurso.